Certificate Number: 05781-PAW-DE-034866384

Bankruptcy Case Number: 20-70288



05781-PAW-DE-034866384

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2020, at 1:56 o'clock PM PDT, Kirk Palladini completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  September 10, 2020            By:   /s/Allison M Geving

                                     Name: Allison M Geving

                                     Title: President