IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  KIRK A. PALLADINI | : | Bankruptcy No. 20-70288-JAD |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| KIRK A. PALLADINI | : | |
| Movant | : | Motion No. 2 WO-1 |
| v. | : | |
| | : | |
| WAL-MART ASSOCIATES, INC | : | |
| 702 S.W. 8th Street | : | |
| Bentonville, Arkansas 72716 | : | |

### CERTIFICATE OF SERVICE OF AMENDED WAGE ATTACHMENT

I certify under penalty of perjury that I served the Amended Order to Pay Trustee Pursuant to Wage Attachment on the parties at the addresses specified below on January 4, 2021

| Name and Address | Mode of Service |
|---|---|
| Kirk Palladini<br>521 5th Avenue<br>Altoona PA 16602 | First Class Mail, Postage Pre-paid |
| Wal-Mart Associates, Inc<br>702 S.W. 8th Street<br>Bentonville, Arkansas 72716 | First Class Mail, Postage Pre-paid |
| Ronda J. Winnecour, Trustee<br>Suite 3250, USX tower<br>600 Grant Street<br>Pittsburgh, PA  15219 | CM/ECF |
| Office of the United States Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | CM/ECF |

EXECUTED ON:  January 4, 2021   Name:  ____/s/ James M. McClure, Esquire_____
Printed Name of Attorney

Address:  BMZ Law, 113 Fourth Street
Huntingdon, PA 16652