IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  KIRK A. PALLADINI                        :        Bankruptcy No. 20-70288-JAD
                                                 :
                        Debtor(s)                :
                                                 :        Chapter 13

# AFFIDAVIT

I, Kirk A. Palladini, being of full age and being duly sworn according to law, on our oath say:

1.      I currently reside at 521 5th Avenue, Altoona, PA 16602

2.      I am the Debtor in the above-captioned matter.

3.      I have failed to comply with my current Chapter 13 Plan payments due to a medical issue which
        rendered me unable to work. Specifically, I had a portion of my foot amputated.  I am expecting
        to return to work in the near future (August/September).  I have applied for short term disability
        and expect that payment is forthcoming.

I, Kirk A. Palladini, certify that the foregoing statements made in the foregoing affidavit by us are true.
We are aware that if any of the foregoing statements made by us are willfully false, I am subject to
punishment for perjury.

_Kirk a. Palladini_
Kirk A. Palladini

COMMONWEALTH OF PENNSYLVANIA            :
                                        : ss
COUNTY OF   HUNTINGDON                   :

        On this  25th  day of ____July____, 2022, before me, the undersigned officer,
personally appeared Kirk A. Palladini, known to me (or satisfactorily proven) to be the person whose
name is subscribed to the within instrument, and acknowledged that we executed the same for the
purposes therein contained.

        IN WITNESS WHEREOF, I have hereunto set my hand and seal.

_Shari L Forshey_

My commission expires

Commonwealth of Pennsylvania - Notary Seal
Shari L. Forshey, Notary Public
Huntingdon County
My commission expires January 28, 2023
Commission number 1052320
Member, Pennsylvania Association of Notaries