# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:    Kirk A. Palladini    )
          )  Case No. 20-70288-JAD
          )
          )  Chapter 13
          )
       Debtor(s).    )  Related to Docs. #2, 32, 53 and 58
_____X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:    Debtor

☐    a motion to lift stay
     as to creditor    _____

☐    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated June 9, 2020
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from $ 621.00 to
     $ 903 per month, effective August 1, 2022; and/or the Plan term shall be changed from ____ months to ____ months.    .

[04/22]    -1-

☒ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏ Debtor(s) shall file and serve _____ on or before _____.

❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:  - Wilmington Savings CL #4 to Govern
           -Trustee's COD filed 7/11/22 (Doc. 53) is resolved.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __2nd__ day of __August__, 2022

Dated: _____8/2/2022_____

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                              Stipulated by:

s/James M. McClure, Esquire_____        /s James C. Warmbrodt, Esquire_____
Counsel to Debtor                           Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

FILED
8/2/22 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:        Case No. 20-70288-JAD

Kirk A. Palladini        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3

Date Rcvd: Aug 02, 2022      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kirk A. Palladini, 521 5th Avenue, Altoona, PA 16602-2610 |
| cr | | Wilmington Savings Fund Society, FSB, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15251697 | + | Fay Servicing LLC, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-1000 |
| 15251699 | + | Greenwich Revolving Trust, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-1000 |
| 15260621 | | Greenwich Revolving Trust, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |
| 15251702 | | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15251703 | + | Ratchford Law Group, P.C., 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 15335682 | | Times Square Revolving Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15448670 | | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15251705 | + | Wilmington Savings Fund Society, Trustee, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-1000 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 02 2022 23:40:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 02 2022 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15251692 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 02 2022 23:40:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Boulevard, Miami, FL 33146-1839 |
| 15251693 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 23:45:28 | Capital One, Attn: Bankruptcy Dept., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15251694 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 23:44:42 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15251695 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2022 23:40:00 | Comenity Bank-Boscov's, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15251696 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 02 2022 23:45:09 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15251698 | | Email/Text: ECF@fayservicing.com | Aug 02 2022 23:40:00 | Fay Servicing, LLC, PO Box 809441, Chicago, IL 60680 |
| 15259953 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2022 23:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15251700 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2022 23:40:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56393 |
| 15251701 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2022 23:45:35 | LVNV Funding LLC, c/o Resurgent Capital Service, PO Box 10497 MS 576, Greenville, SC 29603-0497 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15252965 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2022 23:45:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15252759 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 02 2022 23:40:00 | Fay Servicing, LLC, McCalla Raymer Leibert Pierce, LLC, c/o Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15274848 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2022 23:55:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15266280 | + | Email/Text: ebnpeoples@grblaw.com | Aug 02 2022 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15258511 | + | Email/Text: bncmail@w-legal.com | Aug 02 2022 23:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15251704 | | Email/Text: bncmail@w-legal.com | Aug 02 2022 23:40:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 15277886 | ^ | MEBN | Aug 02 2022 23:37:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15268459 | ^ | MEBN | Aug 02 2022 23:36:55 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Greenwich Revolving Trust |
| cr | | Times Square Revolving Trust c/o Wilmington Saving |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2022                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Greenwich Revolving Trust bnicholas@kmllawgroup.com |
| James M. McClure | on behalf of Debtor Kirk A. Palladini jmcclure@bmzlaw.com slash@bmzlaw.com;calbright@bmzlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Aug 02, 2022 | Form ID: pdf900 | Total Noticed: 29

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 5