IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  KIRK A. PALLADINI                    :        Bankruptcy No. 20-70288-JAD
                                             :
              Debtor(s)                      :
                                             :        Chapter 13

## AFFIDAVIT

I, Kirk A. Palladini, being of full age and being duly sworn according to law, on our oath say:

1.      I currently reside at 521 5th Avenue, Altoona, PA 16602

2.      I am the Debtor in the above-captioned matter.

3.      I have failed to comply with my current Chapter 13 Plan payments due to an ongoing medical issue which rendered me unable to work.  As noted in my previous Affidavit.  I had a portion of my foot amputated.  I attempted to return to work, however, I have not be able to do so and have now been approved for disability which should allow me to make my Plan Payments moving forward. .

I, Kirk A. Palladini, certify that the foregoing statements made in the foregoing affidavit by us are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

_Kirk a. Palladini_
Kirk A. Palladini

COMMONWEALTH OF PENNSYLVANIA          :
                                      : ss
COUNTY OF ___Blair___                 :

    On this _30th_ day of _March_____, 202~~2~~ 3 JAN, before me, the undersigned officer, personally appeared Kirk A. Palladini, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that we executed the same for the purposes therein contained.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal.

_April 1, 2026_
My commission expires

Commonwealth of Pennsylvania - Notary Seal
Jill M. Noel, Notary Public
Blair County
My commission expires April 1, 2026
Commission number 1418049
Member, Pennsylvania Association of Notaries