IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  KIRK A. PALLADINI                    :        Bankruptcy No. 20-70288-JAD
                                             :
          Debtor(s)                          :
                                             :        Chapter 13

## AFFIDAVIT

I, Kirk A. Palladini, being of full age and being duly sworn according to law, on our oath say:

1. I currently reside at 521 5th Avenue, Altoona, PA 16602

2. I am the Debtor in the above-captioned matter.

3. I have failed to comply with my current Chapter 13 Plan payments due to a medical issue which rendered me unable to work. Specifically, I had a portion of my foot amputated. I am presently receiving social security disability. My spouse suffered from a medical issue which caused her to lose employment for a period of time, but she is now back to work.

I, Kirk A. Palladini, certify that the foregoing statements made in the foregoing affidavit by us are true. We are aware that if any of the foregoing statements made by us are willfully false, I am subject to punishment for perjury.

_____
Kirk A. Palladini

COMMONWEALTH OF PENNSYLVANIA          :
                                      : ss
COUNTY OF  Blair                      :

On this 30th day of April, 2024, before me, the undersigned officer, personally appeared Kirk A. Palladini, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that we executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal.

_____
My commission expires  4-1-2026

Commonwealth of Pennsylvania - Notary Seal
Jill M. Noel, Notary Public
Blair County
My commission expires April 1, 2026
Commission number 1418049
Member, Pennsylvania Association of Notaries