IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  KIRK A. PALLADINI                :     Bankruptcy No. 20-70288-JAD
                                         :
            Debtor(s)                    :
                                         :     Chapter 13

# AFFIDAVIT

I, Kirk A. Palladini, being of full age and being duly sworn according to law, on our oath say:

1. I currently reside at 521 5th Avenue, Altoona, PA 16602

2. I am the Debtor in the above-captioned matter.

3. I have failed to comply with my current Chapter 13 Plan payments due to a medical issue which rendered me unable to work. Specifically, I had a portion of my foot amputated. I am presently receiving social security disability. My spouse again suffered from a medical issue which caused her to lose employment for a period of time, but she is now back to work. In addition, family members have moved in with my spouse and I and will contribute to our household income in an amount sufficient to allow us to complete the plan.

I, Kirk A. Palladini, certify that the foregoing statements made in the foregoing affidavit by us are true. We are aware that if any of the foregoing statements made by us are willfully false, I am subject to punishment for perjury.

_____
Kirk A. Palladini

COMMONWEALTH OF PENNSYLVANIA          :
                                      : ss
COUNTY OF __Blair__                   :

On this __6th__ day of __February__, 2025, before me, the undersigned officer, personally appeared Kirk A. Palladini, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that we executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal.

_____
My commission expires __4-1-2026__

Commonwealth of Pennsylvania - Notary Seal
Jill M. Noel, Notary Public
Blair County
My commission expires April 1, 2026
Commission number 1418049
Member, Pennsylvania Association of Notaries



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: KIRK A. PALLADINI )
) Case No. 20-70288-JAD
)
) Chapter 13
)
Debtor(s). )
X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☒ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: __Debtor__

- ☐ a motion to lift stay as to creditor _____

- ☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated June 9, 2020
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $1,402 (per prior stipulation) to $3,071.00 per month, effective __February 25, 2025__ ; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]

-1-

☒ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: ___-Wilmington Savings Fund Society  CL #4 Governs all NMPC or record, Peoples Gas to be paid as a priority administrative claim per OE 7/3/21 (Doc 45), Trustee's COD filed 1/13/2025 (Doc. 84) is resolved.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]   -2-

**SO ORDERED**, this ____ day of _____, 2025

Dated: _____

_____
United States Bankruptcy Judge

Stipulated by:                    Stipulated by:

__/s James M. McClure, Esquire__    ___/s James C. Warmbrodt, Esquire_____
Counsel to Debtor                  Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk

[04/22]                           -3-

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: KIRK A. PALLADINI | : | |
| | : | Bankruptcy No. 20-70288JAD |
| Debtor | : | Chapter 13 |
| Ronda J. Winnecour, Trustee | : | Document No. |
| Movant | : | Hearing Date & Time: |
| | : | |
| v. | : | |
| Kirk A. Palladini | : | |
| Respondent(s) | : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
TRUSTEE'S CERTFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Trustee's Certificate of Default Requesting Dismissal of Case filed on April 11, 2024.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

    x    An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

    X    No other order has been filed pertaining to the subject matter of this agreement.

    x    The attached document does not require a proposed order.

Dated: January 21, 2025

By: _s/ James M. McClure, Esquire_
Signature

James M. McClure, Esquire
Typed Name

20 S. Wayne Street, Lewtown, PA 17044
Address

814 643-3555
Phone No.

80103
List Bar I.D. and State of Admission

PAWB Local Form 26 (06/17)

**Plan Calculation I**

20-70288JAD
KIRK A. PALLADINI

Wednesday, February 5, 2025
11:04 am

KIRK A. PALLADINI (XXX-XX-4189)                       $0.00 MO/$1,402.00 MO

Attorney: JAMES M MCCLURE ESQ

| | | |
|---|---|---|
| Bar Date: | 10/15/2020 | |
| Confirmed: | Confirmed Bar Check Is NO | |
| Case Status: | ACTIVE | |

**55 Month(s) since Confirmation   UP = $0.00   TPI = $27,477.09   BOH = $5.00**

| Line | Name | Claimed Amt | Mortgage Due | Coll/Value | Int. Rate | Monthly Pmt | To Be Paid | MO |
|---|---|---|---|---|---|---|---|---|
| ATTORNEY FEE | | | | | | | | |
| 1 | JAMES M MCCLURE ESQ | | | | | | | |
| 2 | ADDED CREDITOR | | | | | | | |
| DEBTOR REFUND | | | | | | | | |
| 3 | KIRK A. PALLADINI | | | | | | | |
| OTHER ATTORNEY | | | | | | | | |
| 4 | BMZ LAW** | | | | | | | |
| 5 | JAMES M MCCLURE ESQ | $2,500.00 | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| PRIORITY CREDITOR | | | | | | | | |
| 7 | PEOPLES NATURAL GAS CO LLC* | | | | | $152.60 | $763.00 | |
| 8 | PEOPLES NATURAL GAS CO LLC* | $610.40 | | $610.40 | | | $610.40 | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| MORTGAGE REGULAR PAYMENT | | | | | | | | |
| 11 | US BANK NA - INDENTURE TRUSTEE ET AL | | | | | $304.50 | $1,522.50 | |
| 12 | US BANK NA - INDENTURE TRUSTEE ET AL | $1,211.20 | | $1,211.20 | | | $1,211.20 | |
| 13 | ADDED CREDITOR | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| MORTGAGE ARR. | | | | | | | | |
| 16 | US BANK NA - INDENTURE TRUSTEE ET AL | $11,663.51 | | $10,169.74 | | | $10,169.74 | |
| SECURED CREDITOR | | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| VEHICLE | | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| PRIMARY RES MORTGAGE REGULAR PAYMENT | | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| MORTGAGE PAID IN FULL | | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |
| COURT ORDERED PAYMENT | | | | | | | | |
| 27 | ADDED CREDITOR | | | | | | | |
| 28 | ADDED CREDITOR | | | | | | | |
| UNSECURED (S) | | | | | | | | |
| 29 | ADDED CREDITOR | $9.20 | | | | | $9.20 | |
| | All Unsecured Creditors | Total Unsecured | | | % Allow | | Amount Allowed | |
| 30 | | 14,519.13 | | | 0.00 | | $0.00 | |

bss-pc1rep (Rev. 01/09/2018)                                                                                              Page 1 of 2

**Plan Calculation I**

20-70288JAD
KIRK A. PALLADINI

Wednesday, February 5, 2025
11:04 am

| Plan Terms | 5 | Lump Sum | $5.32 | Trustee's % | 7.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Due to Creditors: | $491.51 | $15,361.33 |
| In From Debtor: | $3,071.21 | $15,361.37 |

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule |
|---|---|---|
| KIRK A. PALLADINI | $3,071.21 | MONTHLY |
| KIRK A. PALLADINI | $0.00 | MONTHLY |
| KIRK A. PALLADINI | $0.00 | WEEKLY |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule |
|---|---|---|
| | $0.00 | WEEKLY |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  KIRK A. PALLADINI          :      Bankruptcy No. 20-70288-JAD
                                   :
      Debtor(s)                    :
                                   :      Chapter 13

**DOCUMENTARY PROOF OF PAYMENT**

The undersigned respectfully represents as follows:

Attached hereto is Documentary Proof of Payment consisting of the Chapter 13 Trustee's Receipt of payment.


Date: February 6, 2025

Respectfully submitted,

/s/James M. McClure
James M. McClure, Esquire
Supreme Court ID No. 80103
113 Fourth Street
Huntingdon, PA  16652
(814) 643-3555