FILED
2/10/25 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: KIRK A. PALLADINI ) | |
| ) | Case No. 20-70288-JAD |
| ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Doc. # 88 |
| _____X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by:   __Debtor_____

☐   a motion to lift stay
     as to creditor       _____

☐   Other:                _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated June 9, 2020_
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor(s) Plan payments shall be changed from $1,402 (per prior stipulation) to $3,071.00 per month, effective ___February 25, 2025_____; and/or the Plan term shall be changed from ___ months to ____ months.                                .

[04/22]                                        -1-

☒ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏ Debtor(s) shall file and serve _____ on or before _____.

❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: ___-Wilmington Savings Fund Society  CL #4 Governs all NMPC or record, Peoples Gas to be paid as a priority administrative claim per OE 7/3/21 (Doc 45), Trustee's COD filed 1/13/2025 (Doc. 84) is resolved.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 10th day of February, 2025

_____
United States Bankruptcy Judge
JEFFERY A. DELLER

Stipulated by:                                    Stipulated by:

__/s James M. McClure, Esquire__         ____/s James C. Warmbrodt, Esquire_____
Counsel to Debtor                                Counsel to Chapter 13 Trustee


Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 20-70288-JAD
Kirk A. Palladini   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7   User: auto   Page 1 of 3
Date Rcvd: Feb 10, 2025   Form ID: pdf900   Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kirk A. Palladini, 521 5th Avenue, Altoona, PA 16602-2610 |
| cr | | Wilmington Savings Fund Society, FSB, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15561475 | + | Attorneys for Fay Servicing, LLC as Servicer, for Wilmington Savings Fund Society, FSB, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 15251699 | + | Greenwich Revolving Trust, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-1000 |
| 15260621 | | Greenwich Revolving Trust, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |
| 15251702 | | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15335682 | | Times Square Revolving Trust, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15448670 | | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15251705 | + | Wilmington Savings Fund Society, Trustee, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-1000 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Feb 10 2025 23:49:13 | Fay Servicing, LLC as Servicer for Wilmington : Sa, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 10 2025 23:52:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 10 2025 23:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Feb 10 2025 23:49:22 | U.S. Bank National Association, not in its individ, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15251692 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 10 2025 23:52:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Boulevard, Miami, FL 33146-1837 |
| 15251693 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2025 00:21:40 | Capital One, Attn: Bankruptcy Dept., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15251694 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2025 00:50:09 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15251695 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2025 23:52:00 | Comenity Bank-Boscov's, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15251696 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 11 2025 00:06:45 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15251698 | | Email/Text: ECF@fayservicing.com | Feb 10 2025 23:52:00 | Fay Servicing, LLC, PO Box 809441, Chicago, IL 60680 |
| 15251697 | ^ | MEBN | Feb 10 2025 23:50:10 | Fay Servicing LLC, 425 S. Financial Place, Suite |

Case 20-70288-JAD   Doc 90   Filed 02/12/25   Entered 02/13/25 00:31:01   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2000, Chicago, IL 60605-1000 |
| 15259953 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2025 23:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15251700 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2025 23:53:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56393 |
| 15251701 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 00:21:06 | LVNV Funding LLC, c/o Resurgent Capital Service, PO Box 10497 MS 576, Greenville, SC 29603-0497 |
| 15252965 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 00:21:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15252759 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 10 2025 23:52:00 | Fay Servicing, LLC, McCalla Raymer Leibert Pierce, LLC, c/o Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15274848 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2025 00:06:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15266280 | + | Email/Text: ebnpeoples@grblaw.com | Feb 10 2025 23:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15251703 | ^ | MEBN | Feb 10 2025 23:49:18 | Ratchford Law Group, P.C., 54 Glenmaura National Blvd., Suite 104, Moosic, PA 18507-2161 |
| 15258511 | + | Email/Text: bncmail@w-legal.com | Feb 10 2025 23:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15251704 | | Email/Text: bncmail@w-legal.com | Feb 10 2025 23:52:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 15677227 | ^ | MEBN | Feb 10 2025 23:49:22 | U.S. Bank National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 15277886 | | Email/Text: BNCnotices@dcmservices.com | Feb 10 2025 23:52:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15268459 | | Email/Text: BNCnotices@dcmservices.com | Feb 10 2025 23:52:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Greenwich Revolving Trust |
| cr | | Times Square Revolving Trust c/o Wilmington Saving |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 33

Date: Feb 12, 2025         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Greenwich Revolving Trust dcarlon@kmllawgroup.com |
| James M. McClure | on behalf of Debtor Kirk A. Palladini jmcclure@bmzlaw.com  slash@bmzlaw.com;calbright@bmzlaw.com |
| Lauren Moyer | on behalf of Creditor Fay Servicing  LLC as Servicer for Wilmington : Savings Fund Society, FSB, not in its individual : capacity but solely as Owner Trustee of : CIM 2021-NR4 bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 6