UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Kirk Palladini                                    CHAPTER: 13
521 5TH AVE                                       CASE NUMBER: 20-70288
Altoona, PA 16602                                 CLAIM AMOUNT: $966.73


Debtors.
_____


## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim # 3 , filed 6/29/2020, in the amount of $966.73.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 14th day of March, 2025.


Jefferson Capital Systems LLC

By: /s/ Joyce Wielenberg_____
Joyce Wielenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Kirk Palladini |
| | 521 5TH AVE |
| | Altoona, PA 16602 |
| | |
| Debtor's Attorney: | James Mcclure |
| | 113 4TH ST |
| | Huntingdon, PA 16652 |
| | |
| Chapter 13 Trustee: | Ronda Winnecour |
| | 600 Grant St |
| | Pittsburgh, PA 15219-2712 |

by submitting electronically with the court.

This 14th day of March, 2025.

Jefferson Capital Systems LLC

By: /s/ Joyce Wielenberg
Joyce Wielenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314