**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KIRK A. PALLADINI

        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Respondents.

Case No.:20-70288 JAD

Document No.:

---

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 06/09/2020  and confirmed on 07/27/2020 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 27,477.09 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 27,472.09 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,500.00 | |
| Trustee Fee | 1,415.08 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,915.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 16,264.44 | 0.00 | 16,264.44 |
| Acct: 4979 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 11,663.51 | 1,493.77 | 0.00 | 1,493.77 |
| Acct: 4979 | | | | |
| | | | | 17,758.21 |
| Priority | | | | |
| JAMES M MCCLURE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KIRK A. PALLADINI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KIRK A. PALLADINI | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BMZ LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES M MCCLURE ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 5,798.80 | 0.00 | 5,798.80 |
| Acct: 6880 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 5,798.80 |
| **Unsecured** | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,323.61 | 0.00 | 0.00 | 0.00 |
| Acct: 4650 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| LVNV FUNDING LLC | 704.35 | 0.00 | 0.00 | 0.00 |
| Acct: 3066 | | | | |
| TD BANK USA NA** | 682.84 | 0.00 | 0.00 | 0.00 |
| Acct: 8344 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 4,320.91 | 0.00 | 0.00 | 0.00 |
| Acct: 5892 | | | | |
| UPMC PHYSICIAN SERVICES | 1,315.80 | 0.00 | 0.00 | 0.00 |
| Acct: 4189 | | | | |
| UPMC HEALTH SERVICES | 4,204.89 | 0.00 | 0.00 | 0.00 |
| Acct: 4189 | | | | |
| BAYVIEW LOAN SERVICING LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAY SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL F RATCHFORD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                 23,557.01

20-70288 JAD              **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**              Page 3 of 3

TOTAL CLAIMED
PRIORITY            0.00
SECURED          11,663.51
UNSECURED        13.552.40

Date: 08/04/2025                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com